UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANET PORTER, as Personal Representative for the Estate of Harry E. Porter (deceased),<br><br>       Plaintiff,<br><br> v.<br><br>RICHLAND MEDICAL INVESTORS, LLC, doing business as Life Care Center of Richland; LIFE CARE CENTERS OF AMERICA, INC; JOHN DOES 1-5; and JANE DOES 1-5,<br><br>       Defendants. | NO: 4:16-CV- 5077-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND THE AMENDED COMPLAINT AND REMANDING CASE TO STATE COURT |

BEFORE THE COURT is Plaintiff's Stipulated Motion to Amend the Amended Complaint and for Remand, ECF No. 15. The Court has reviewed the motion, the pleadings, and is fully informed.

On June 7, 2016, this case was removed from Benton County Superior Court to the United States District Court, Eastern District of Washington. *See* ECF No. 1. Plaintiff filed a First Amended Complaint, ECF No. 6, on August 24, 2016.

ORDER GRANTING STIPULATED MOTION TO AMEND THE AMENDED COMPLAINT AND REMANDING CASE TO STATE COURT ~ 1

Plaintiff now seeks to amend her complaint again, adding a defendant who is a citizen[1] of Washington State and, therefore, destroying complete diversity. As this Court's jurisdiction was premised on diversity jurisdiction pursuant to 28 U.S.C. § 1332, the addition of Dr. Victor O. Brooks as a defendant in this case removes this Court's subject matter jurisdiction. Therefore, the case shall be remanded to state court pursuant to 28 U.S.C. § 1447(e).

Defense counsel does not oppose the amendment or remand.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion to Amend the Amended Complaint and for Remand, **ECF No. 15**, is **GRANTED**.

2. This case is remanded to Benton County Superior Court.

The District Court Clerk is directed to enter this Order, provide copies to Counsel and to the Benton County Superior Court Clerk, and **close this case**.

**DATED** this 20th day of January 2017.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        United States District Judge

---

[1] Plaintiff alleges that the Defendant added to the Amended Complaint, Dr. Victor O. Brooks, is a "resident" of Washington. ECF No. 15 at 1. Although diversity jurisdiction is based on citizenship, not residency, the Court presumes Plaintiff intended to allege that Brooks is a citizen of Washington.

ORDER GRANTING STIPULATED MOTION TO AMEND THE AMENDED COMPLAINT AND REMANDING CASE TO STATE COURT ~ 2